LANGE, Respondent, v. ROSEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Isadore Lange against Abraham Rosen. No opinion. Appeal dismissed, with costs.

LANE, Respondent. v. FREY, Appellant. (Supreme Court, Appellate Division, Third Department. March 5. 1902.) Action by Smith Lane against Rosa Frey, as administratrix, etc. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to the defendant to answer on payment of costs.

LAPHAM, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by G. Frank Lapham against Clayton D. Leonard and another. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant within 30 days procures a case and exceptions to be settled and filed, and the papers printed, filed, and served, and pays the $10, costs of motion.

LATIMER, Respondent, v. McKINNON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) Action by Oliver C. Latimer against Frank H. McKinnon, Walter H. Burrows, and Joseph H. Clark, as trustees in bankruptcy of Frank H. McKinnon and Walter R. Burrows, bankrupts. No opinion. Motion granted. Order settled to conform to Exhibit A in moving papers.

In re LEGETT AVENUE. (Supreme Court, Appellate Division, First Department. February 21, 1902.) In the matter of Legett avenue. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

LEVINE, Respondent, v. BROOKLYN UNION EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Lizzie Levine against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment modified, in accordance with opinion in Walsh v. Railroad Co. (Sup.) 74 N. Y. Supp. 1019, and, as modified, affirmed, with costs.

LEVINE v. GOLDSMITH et al. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Suit by Julius Levine against Gustavus A. Goldsmith and others. On motion for new trial at appellate division upon exceptions after interlocutory judgment in favor of plaintiff, pursuant to Code Civ. Proc. § 1001. Motion granted. See 69 N. Y. Supp. 446. Edmond A. Wise, for appellants. Elek John Ludvigh, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Levine v. Goldsmith (decided herewith) 75 N. Y. Supp. 706, the exceptions should be sustained, the interlocutory judgment reversed, the decision and order of reference vacated, and a new trial granted, with costs to defendant to abide event.

LICHTENSTEIN, Appellant, v. RABOLINSKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Meyer Lichtenstein against Harry Rabolinski.

PER CURIAM. Motion to dismiss appeal denied, without costs, but without prejudice to the right to renew the motion at the opening of the next term of this court, in case of failure to exercise due diligence in procuring the case and exceptions herein to be settled and filed, and the printed papers filed and served.

LOOMIS et al., Respondents, v. McCHESNEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Judson W. Loomis and another against George H. McChesney.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. Without passing upon the other questions involved, the damages allowed by the referee were in excess of those suffered by the plaintiff.

LOWREY, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Clara B. C. H. Lowrey against John S. Corning. L. B. Treadwell, for appellant. E. H. Benn, for respondent. No opinion. Judgment and order affirmed, with costs.

LUTHER, Respondent, v. HANSER, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Albert Luther against Julius M. Hanser. C. G. F. Wahls, for appellant. W. V. Goldberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Thomas H. Lynch against the city of New York. No opinion. Motion granted, with $10 costs.

LYNCH, Appellant, v. SYRACUSE, B. & L. Ry., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Henry W. Lynch against the Syracuse, Baldwinsville & Lakeside Railway. No opinion. Argument herein stayed, and record returned to Onondaga county court, in accordance with the order of this court this day filed with the clerk.

McCOMB, Appellant, v. TITLE GUARANTEE & TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Fanny R. McComb against the Title Guarantee & Trust Company and another. R. L. Harrison, for appellant. G. A. Strong, for respondents. No opinion. Judgment affirmed, with costs, on opinion of court below. See 73 N. Y. Supp. 554.